# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILANA M. SMOOT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Civil No. 16-cv-1029-JPG-CJP |

## MEMORANDUM AND ORDER

Before the Court is the parties' Agreed Motion for Remand to the Commissioner. (Doc. 24.) The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand is appropriate upon a finding of error; it is a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302–303 (1993).

The parties agree that, upon remand, "an Administrative Law Judge will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering plaintiff a new hearing, and issuing a new decision."

Plaintiff applied for disability benefits in May 2013. (Tr. 30.) While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, parties' Agreed Motion for Remand to the Commissioner (**Doc. 24**) is **GRANTED**. The final decision of the Commissioner of Social Security denying Philana

M. Smoot's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**
**DATE: September 22, 2017**

                                        **s/ *J. Phil Gilbert***
                                        **J. PHIL GILBERT**
                                        **UNITED STATES DISTRICT JUDGE**