**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

PHILANA M. SMOOT,               )

             Plaintiff,      )

vs.                           )     Civil No.   16-cv-1029-JGP-CJP

NANCY A. BERRYHILL, Acting  )
Commissioner of Social Security,  )

            Defendant.   )

## <u>JUDGMENT IN A CIVIL CASE</u>

     **IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for

social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence, pursuant to sentence <u>**four**</u> of **42 U.S.C. §405(g).**

     Judgment is entered in favor of plaintiff Philana M. Smoot and against defendant Nancy A.

Berryhill, Acting Commissioner of Social Security.

     DATED: September 22, 2017

                                  **JUSTINE FLANAGAN,
                                  Acting Clerk of Court**

                                  **BY:** <u>*s/Tina Gray,*</u>
                                      **Deputy Clerk**

**Approved:
<u>s/ *J. Phil Gilbert*</u>
J. Phil Gilbert
U.S. District Judge**